459 A.2d 30

Commonwealth v. Bradford, Appellant.

Submitted January 18, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Affirmed.

ROWLEY, J., concurred in the result.